UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROY L. PEARSON, JR.** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-cv-758 (EGS) |
| : | (Jury Trial Requested) |
| **DISTRICT OF COLUMBIA** : | |
| A Municipal Corporation, : | |
| : | |
| **TYRONE T. BUTLER** : | |
| In his official and individual capacities, : | |
| : | |
| **PETER M. WILLNER** : | |
| In his official and individual capacities, : | |
| : | |
| **ROBERT R. RIGSBY** : | |
| In his official and individual capacities, : | |
| : | |
| **ANITA JOSEY-HERRING** : | |
| In her official and individual capacities, : | |
| : | |
| **GEORGE C. VALENTINE** : | |
| In his official and individual capacities, : | |
| : | |
| Defendants. : | |
| : | |

**JOINT MOTION TO WAIVE FORMAL SERVICE
OF SUMMONSES AND COMPLAINTS**

Pursuant to Fed. R. Civ. P. 1 and 4(d), the parties hereby move this Honorable Court for entry of an order recording the parties' agreement that the defendants waive formal service of summonses and complaints in this case and that each defendant will have up to sixty days after entry of the court's order within which to serve their answer and/or a motion under Rule 12 on the plaintiff and to file a copy with the court.

The grounds and the reasons are set forth more fully in the accompanying Memorandum of Points and Authorities and proposed Order.

1

DATE: June 26, 2008               Respectfully submitted,

 /s/ Roy L. Pearson, Jr.
Roy L. Pearson, Jr.    D.C. Bar No. 955948
3012 Pineview Court, N.E.
Washington, D.C. 20018
(202) 269-1191

Counsel for Plaintiff

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [250746]
Assistant Deputy Attorney General, Civil Litigation Division

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

Counsel for all Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROY L. PEARSON, JR.** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-cv-758 (EGS) |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| A Municipal Corporation, : | |
| : | |
| **TYRONE T. BUTLER** : | |
| In his official and individual capacities, : | |
| : | |
| **PETER M. WILLNER** : | |
| In his official and individual capacities, : | |
| : | |
| **ROBERT R. RIGSBY** : | |
| In his official and individual capacities, : | |
| : | |
| **ANITA JOSEY-HERRING** : | |
| In her official and individual capacities, : | |
| : | |
| **GEORGE C. VALENTINE** : | |
| In his official and individual capacities, : | |
| : | |
| Defendants. : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION
TO WAIVE FORMAL SERVICE OF SUMMONSES AND COMPLAINTS**

Defendants will be represented by the Office of the Attorney General for the District of Columbia in this matter.  Defense counsel obtained a copy of the Complaint shortly after it was filed with the Court.

Counsel for the parties have conferred and agree that it would be an unnecessary expenditure of effort and money for plaintiff to formally serve the District of Columbia and the other defendants, in their individual and official capacities, with a copy of the summons and complaint.  Likewise, the purpose, intent and incentive to waive service that Fed.R.Civ.P. 4(d)

1

codifies can be satisfied by the simple entry of a court order recording the defendants' agreement to waive formal service of the summons and complaint and granting each defendant sixty days within which to serve their response to the Complaint. Fed.R. Civ. P. 1 ("These rules . . . should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding.")

    Accordingly, the parties so move.


DATE: June 26, 2008                                    Respectfully submitted,


| | |
|---|---|
| /s/ Roy L. Pearson, Jr._____ | |
| Roy L. Pearson, Jr.    D.C. Bar No. 955948 | PETER J. NICKLES |
| 3012 Pineview Court, N.E. | Acting Attorney General for the District of |
| Washington, D.C. 20018 | Columbia |
| (202) 269-1191 | |
| roypearsonjr@verizon.net | GEORGE C. VALENTINE |
| | Deputy Attorney General, Civil Litigation |
| <u>Counsel for Plaintiff</u> | Division |
| | |
| | /s/ Ellen Efros_____ |
| | ELLEN EFROS [250746] |
| | Assistant Deputy Attorney General, Civil Litigation Division |
| | |
| | <u>/s/ Andrew J. Saindon</u>_____ |
| | ANDREW J. SAINDON [456987] |
| | Assistant Attorney General |
| | Office of the Attorney General |
| | 441 4th Street, N.W. |
| | Sixth Floor South |
| | Washington, D.C. 20001 |
| | Telephone: (202) 724-6643 |
| | Facsimile: (202) 727-0431 |
| | andy.saindon@dc.gov |
| | |
| | <u>Counsel for all Defendants</u> |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROY L. PEARSON, JR.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-cv-758 (EGS) |
| **DISTRICT OF COLUMBIA** | : | |
| A Municipal Corporation, | : | |
| **TYRONE T. BUTLER** | : | |
| In his official and individual capacities, | : | |
| **PETER M. WILLNER** | : | |
| In his official and individual capacities, | : | |
| **ROBERT R. RIGSBY** | : | |
| In his official and individual capacities, | : | |
| **ANITA JOSEY-HERRING** | : | |
| In her official and individual capacities, | : | |
| **GEORGE C. VALENTINE** | : | |
| In his official and individual capacities, | : | |
| Defendants. | : | |

# O R D E R

Upon consideration of the parties' *Joint Motion To Waive Formal Service Of Summonses And Complaints*, and the record herein, it is this by the Court this _____ day of _____, 2008,

ORDERED: that the Motion is GRANTED for the reasons set forth in the joint motion; and it is

FURTHER ORDERED: that the parties having agreed that the defendants have waived service of summonses and complaints in this case, proof of service is not required as to any

defendant and the Federal Rules of Civil Procedure shall apply as if a summons and complaint had been served on each defendant on the date this order is signed; and it is

FURTHER ORDERED: that each defendant shall have up to sixty days after entry of this order within which to serve their answer and/or a motion under Rule 12 on the plaintiff, and to file a copy with the court.

_____
Hon. Emmet G. Sullivan

Send to:

Roy L. Pearson, Jr., Esquire
3012 Pineview Court, N.E.
Washington, D.C. 20018

Counsel for Plaintiff


Andrew J. Saindon, Esquire
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Counsel for all Defendants