CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROY L. PEARSON, JR. | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-758(HHK) |
| | ) | |
| | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | Category    E |
| | ) | |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 11,  2008 from  Judge

Emmet G. Sullivan to Judge Henry H. Kennedy, Jr. by direction of the

Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Kennedy & Courtroom Deputy
       Judge Sullivan & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk