CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEARSON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-CV-00758(CKK) |
| | ) | |
| DISTRICT OF COLUMBIA ET AL. | ) | Category    E |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 16, 2008 from Judge Henry H. Kennedy, Jr. to Judge Colleen Kollar-Kotelly by direction of the Calendar Committee.

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Kennedy & Courtroom Deputy
Judge Kollar-Kotelly & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk