CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROY PEARSON, JR.       )
                       )
                       )
                       )
         Plaintiff     )
                       )
                       )
      v.               )    Civil Case Number 08-0758(ESH)
                       )
                       )
DISTRICT OF COLUMBIA, et al.  )    Category    L
                       )
                       )
         Defendant     )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 29, 2008 from Judge Colleen Kollar-Kotelly to Judge Ellen S. Huvelle by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:   Judge Kollar-Kotelly & Courtroom Deputy
      Judge Huvelle & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk