UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY L. PEARSON, JR.,           )
                               )
       Plaintiff,              )
                               )
v.                             )   Civil Action No. 08-00758 (ESH)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
       Defendants.             )
                               )

### DECLARATION OF TYRONE T. BUTLER

Pursuant to 28 U.S.C. § 1746, I, Tyrone T. Butler, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. I was hired in 2003 to be the Chief Administrative Law Judge for the District of Columbia's Office of Administrative Hearings. I still hold that position. I am also a non-voting member of the Commission on the Selection and Tenure of Administrative Law Judges ("Commission"), pursuant to D.C. Official Code § 2-1831.07(a).

3. Prior to coming to the District, I worked as the Chief Administrative Law Judge for the New York State Department of Health for approximately 15 years.

4. My educational background includes degrees from the John Jay College of Criminal Justice and New York Law School.

5. I or my office maintains a copy of all documents sent to me or the Commission by or concerning the plaintiff, pursuant to personal practice and Title 6, D.C. Municipal Regulations §§ 3705.5, 3706.1, and 3725.1.

6. I have carefully examined all the documents submitted by counsel as defendants' exhibits in the above-referenced matter.

7. I attest that the exhibits identified as being generated by (or sent to) the Commission (exhibits no. 3, 7–17) are what they purport to be and are all maintained in the normal course of business of the Commission and were made at a time at or near the events reflected in each of those documents by a person or persons with knowledge of the events reflected in each.

8. I further attest that the exhibits so identified are true and authentic copies of the originals, each of which is a record maintained in the ordinary course of its operations by the Commission. Specifically:

- Defendants' Exhibit No. ("DEx.") 3 is a true and authentic copy of a letter via e-mail sent by Mr. Pearson to the Commission Re: "Request For Advisory Ethical Opinion" dated July 18, 2005.
- DEx. 7 is a true and authentic copy of a letter with a "Statement of Administrative Law Judge Roy L. Pearson, Jr." sent to Chairman Rigsby, and copied to me, dated November 1, 2006
- DEx. 8 is a true and authentic copy of a letter and documents submitted by me to Chairman Rigsby (and copied to the other members of the Commission and Mr. Pearson) re: "Reappointment of Judge Roy L. Pearson, Jr." dated March 2, 2007
- DEx. 9 is a true and authentic copy of a letter sent by me to Chairman Rigsby (and copied to the other members of the Commission and Mr. Pearson), re: "Reappointment of Judge Roy L. Pearson, Jr." dated March 8, 2007
- DEx. 10 is a true and authentic copy of a letter and supplemental information sent by me to Chairman Rigsby (and copied to the other members of the Commission and Mr. Pearson), re: "Reappointment of Judge Roy L. Pearson, Jr." dated March 21, 2007
- DEx. 11 is a true and authentic copy of a letter and other documents sent by Mr. Pearson to Chairman Rigsby (and copied to me and the other members of the Commission), re: "Response To March 21, 2007 Supplement of Chief Judge Butler" dated April 19, 2007
- DEx. 12 is a true and authentic copy of a letter and supplemental information sent by me to Chairman Rigsby (and copied to the other members of the Commission and Mr. Pearson), re: "Reappointment of Judge Roy L. Pearson, Jr." dated May 22, 2007
- DEx. 13 is a true and authentic copy of a letter sent by the Commission to Mr. Pearson re: "The Commission on the Selection and Tenure of Administrative Law Judges Review of the Reappointment of Judge Roy Pearson" dated August 7, 2007
- DEx. 14 is a true and authentic copy of a letter sent by Mr. Pearson to the Commission re: "Response To Commission's Letter of August 7, 2007" dated August 22, 2007

- DEx. 15 is a true and authentic copy of a letter sent by the Commission to Mr. Pearson re: "The Commission on the Selection and Tenure of Administrative Law Judges Review of the Reappointment of Judge Roy Pearson" dated October 30, 2007
- DEx. 16 is a true and authentic copy of a letter sent by the Commission to Mr. Pearson re: "The Commission on the Selection and Tenure of Administrative Law Judges October 11, 2007 Appearance before the Commission" dated October 1, 2007
- DEx. 17 is a true and authentic copy of a letter sent by Mr. Pearson to the Commission re: "Impact of the D.C. Whistleblower Statute" dated October 1, 2007

9. I further attest that the exhibits identified as being generated by (or sent to) me (exhibits no. 2, 4–5, 7–12) are true and authentic copies of the originals. Specifically:

- DEx. 2 is a true and authentic copy of a memorandum sent to me by Mr. Pearson dated June 20, 2005, re: "Ethical And Statutory Conflicts Resulting From OAH's Peer Review System"
- DEx. 4 is a true and authentic copy of a letter via e-mail sent by Mr. Pearson to Mayor Williams (and copied to others, including me) dated July 21, 2005
- DEx. 5 is a true and authentic copy of a letter and e-mail from the Mayor's counsel Len Becker to Mr. Pearson (and copied to others, including me) re: "Request for Removal Proceeding against Chief Judge Tyrone T. Butler" dated August 12, 2005
- DEx. 7–12 are true and authentic copies as described in paragraph 8, above.

This declaration consists of nine (9) numbered paragraphs (with subparts) on three (3) pages. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/27/09.

TYRONE T. BUTLER

- 3 -