UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROY L. PEARSON, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.08-00758 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

This case is before the Court for consideration of Plaintiff' Motion for Partial Summary Judgment and for Injunctive Relief, and Defendants' Memorandum of Points and Authorities in Opposition thereto. After review of the parties' submissions and the entire record herein, it is hereby:

ORDERED, that Plaintiff' Motion for Partial Summary Judgment and for Injunctive Relief be, and the same is hereby, DENIED.

SO ORDERED.


DATE: _____          _____
                                                                              ELLEN S. HUVELLE
                                                                              United States District Judge