UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| ROY L. PEARSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.08-00758 (ESH) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANTS' OPPOSITION TO
PLAINTIFF' STATEMENT OF MATERIAL FACTS AS TO WHICH NO GENUINE
DISPUTE EXISTS

Pursuant to Fed. R. Civ. P. 56(e) and LCvR 56.1, defendants (collectively, "the District"), by and through undersigned counsel, hereby respectfully submit their Opposition to Plaintiff's Statement of Material Facts as to Which No Genuine Dispute Exists.

Plaintiff's Statement of Material Facts as to Which No Genuine Dispute Exists ("PSMF") adds nothing new to the analysis.

Plaintiff's needlessly prolix, 66-paragraph, 11-page PSMF is profoundly unhelpful, failing to make any serious effort to direct the Court to any specific, objective evidence, instead simply parroting plaintiff's conclusory, self-serving assertions. The District below provides citations to the defendants' Updated Statement of Material Facts as to Which There is no Genuine Issue ("DSMF"), where applicable.

The PSMF is also objectionable because it is rife with argument and legal conclusions masquerading as facts. *See, e.g., Robertson v. American Airlines, Inc.*, 239 F.Supp. 2d 5, 8–9 (D.D.C. 2002) (statement of undisputed material facts should "logically and efficiently" review relevant background facts, cite to the record, and should *not* "contain argument") (*citing Jackson*

*v. Finnegan, Henderson*, 101 F.3d 145, 153 n.6 (D.C. Cir. 1996)). *See also Jackson*, 101 F.3d at 148 (statement impermissibly "[b]lend[ed] factual assertions with arguments regarding their legal significance").

Notwithstanding the above, in response to the numbered paragraphs of the PSMF, the District responds as follows:

1. The District does not dispute paragraph 1 of the PSMF, but avers that it is not material to the resolution of the instant matter.

2. The District does not dispute paragraph 2 of the PSMF, but avers that it is not material to the resolution of the instant matter.

3. The District does not dispute paragraph 3 of the PSMF, but avers that it is not material to the resolution of the instant matter.

4. The District does not dispute paragraph 4 of the PSMF, but avers that it is not material to the resolution of the instant matter.

5. The District does not dispute paragraph 5 of the PSMF, but avers that it is not material to the resolution of the instant matter.

6. The District does not dispute paragraph 6 of the PSMF. *Cf.* DSMF ¶ 7.

7. The District does not dispute paragraph 7 of the PSMF. *Cf.* DSMF ¶ 8.

8. The District does not dispute paragraph 8 of the PSMF, but avers that it is not material to the resolution of the instant matter.

9. The District does not dispute paragraph 9 of the PSMF, but avers that it is not material to the resolution of the instant matter, notwithstanding that the transcript of the referenced testimony is the best evidence of its content.

10. The District objects to paragraph 10 of the PSMF because it is not material and because it contains argument.

11. The District does not dispute paragraph 12 of the PSMF, but avers that it is not material to the resolution of the instant matter.

12. The District objects to paragraph 12 of the PSMF because it contains argument and legal conclusions.

13. The District does not dispute paragraph 13 of the PSMF, but avers that it is not material to the resolution of the instant motion, notwithstanding that the referenced document is the best evidence of its content.

14. The District objects to paragraph 14 of the PSMF because it is not material and because it contains argument.

15. The District objects to paragraph 15 of the PSMF because it is not material to the resolution of the instant motion.

16. The District objects to paragraph 16 of the PSMF because it is not material and because it contains argument.

17. The District objects to paragraph 17 of the PSMF because it is not material to the resolution of the instant motion.

18. The District objects to paragraph 18 of the PSMF because it is not material and because it contains argument.

19. The District objects to paragraph 19 of the PSMF because it is not material and because it contains argument.

20. The District objects to paragraph 20 of the PSMF because it contains argument and legal conclusions. *Cf.* DSMF ¶ 12.

21. The District objects to paragraph 21 of the PSMF because it is not material and because it contains argument. While it is undisputed that defendant Butler was questioned at the referenced hearing, a transcript of that testimony would be the best evidence of its content.

22. The District objects to paragraph 22 of the PSMF because it is not material to the resolution of the instant motion.

23. The District objects to paragraph 23 of the PSMF because it is not material and because it contains argument.

24. The District objects to paragraph 24 of the PSMF because it is not material to the resolution of the instant motion.

25. The District objects to paragraph 25 of the PSMF because it is not material and because it contains argument.

26. The District does not object to paragraph 26 of the PSMF.

27. The District objects to paragraph 27 of the PSMF because it contains argument. *Cf.* DSMF ¶¶ 15–16.

28. *See* ¶ 27, *supra*.

29. The District objects to paragraph 29 of the PSMF because it is not material to the resolution of the instant motion. While it is undisputed that the referenced e-mail was "circulated," that document is the best evidence of its content.

30. *See* ¶ 29, *supra*.

31. The District objects to paragraph 31 of the PSMF because it contains argument. While it is undisputed that the referenced e-mail was sent, that document is the best evidence of its content.

32. The District objects to paragraph 32 of the PSMF because it is not material to the resolution of the instant motion. While it is not disputed that the Commission received the referenced memo, that document is the best evidence of its content.

33. The District objects to paragraph 33 of the PSMF because the "facts" detailed therein are not material to the resolution of the instant motion. The District does not dispute that the parties met on or about the dates indicated. *See*. DCSMF ¶ 18.

34. *See* ¶ 33, *supra*.

35. The District objects to paragraph 35 of the PSMF because it is not material and because it contains argument.

36. The District does not dispute that the parties met on or about April 27, 2007, regarding plaintiff's reappointment. *Cf*. DCSMF ¶ 18.

37. The District objects to paragraph 37 of the PSMF because it is not material and because it contains argument.

38. The District objects to paragraph 38 of the PSMF because it is not material and because it contains argument.

39. The District does not dispute that the referenced meeting occurred, but objects to paragraph 39 of the PSMF because it contains argument.

40. The District does not dispute that plaintiff's appointment expired on May 2, 2007, but objects to paragraph 40 of the PSMF because it is not material.

41. The District does not dispute that plaintiff received the referenced letter (which is the best evidence of its content), but objects to paragraph 41 of the PSMF because it is not material.

42. The District objects to paragraph 42 of the PSMF because it is not material and because it contains argument and legal conclusions.

43. The District objects to paragraph 43 of the PSMF because it is not material and because it contains argument and legal conclusions.

44. The District objects to paragraph 44 of the PSMF because it is not material and because it contains argument. While it is undisputed that the Commission received the referenced letter, that document is the best evidence of its content.

45. *See* paragraph 44, *supra*.

46. The District objects to paragraph 46 of the PSMF because it is not material and because it contains argument.

47. The District objects to paragraph 47 of the PSMF because it is not material and because it contains argument and legal conclusions.

48. The District objects to paragraph 48 of the PSMF because it is not material and because it contains argument.

49. The District does not dispute paragraph 49 of the PSMF, but avers that it is not material to the resolution of the instant matter.

50. The District does not dispute paragraph 50 of the PSMF. *Cf.* DCSMF ¶ 20.

51. The District objects to paragraph 51 of the PSMF because it is not material to the resolution of the instant motion. The referenced document is the best evidence of its content.

52. The District does not dispute paragraph 52 of the PSMF, and avers that the referenced document is the best evidence of its content.

53. The District objects to paragraph 53 of the PSMF because it is not material and because it contains argument.

54. The District objects to paragraph 54 of the PSMF because it is not material and because it contains argument.

55. The District objects to paragraph 55 of the PSMF because it contains argument. It is undisputed that the referenced meeting occurred. *See* DCMSF ¶ 22.

56. The District objects to paragraph 56 of the PSMF because it contains argument. It is undisputed that the Commission afforded plaintiff the referenced hearings.

57. The District objects to paragraph 57 of the PSMF because it is not material and because it contains argument. It is undisputed that the Commission received the referenced memo, which is the best evidence of its content.

58. The District objects to paragraph 58 of the PSMF because it is not material and because it contains argument.

59. The District does not dispute that it issued the referenced document, which is the best evidence of its content. *See* DCSMF § 24.

60. The District objects to paragraph 60 of the PSMF because it is not material to the resolution of the instant motion.

61. The District objects to paragraph 61 of the PSMF because it is not material to the resolution of the instant motion.

DATE: June 19, 2009              Respectfully submitted,

                                 PETER J. NICKLES
                                 Attorney General for the District of Columbia

                                 GEORGE C. VALENTINE
                                 Deputy Attorney General, Civil Litigation Division

                                      /s/ Ellen A. Efros
                                 ELLEN A. EFROS, D.C. Bar No. 250746
                                 Chief, Equity Section I
                                 441 Fourth Street, N.W., 6th Floor South
                                 Washington, D.C. 20001
                                 Telephone: (202) 442-9886
                                 Facsimile: (202) 727-0431

-8-

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov