UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROY L. PEARSON, JR.,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-758 (ESH) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' renewed motion to dismiss, or alternatively, for summary judgment (Dkt. No. 16) is **GRANTED**. It is

**FURTHER ORDERED** that Counts I, II, and III are **DISMISSED WITH PREJUDICE** for failure to state a claim. It is

**FURTHER ORDERED** that Counts IV and V are **DISMISSED WITHOUT PREJUDICE**. It is

**FURTHER ORDERED** that plaintiff's motions for expedited ruling, partial summary judgment on Count III of the amended complaint, and motion for preliminary injunction (Dkt. No. 26) are **DENIED** as moot.

**SO ORDERED.**

                                          /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date: July 23, 2009