# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROY L. PEARSON, JR.
_____
Plaintiff

vs.                                    Civil Action No._08-cv-758____

DISTRICT OF COLUMBIA, et al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **17**th       day of   August                  , 20 _09___  , that

plaintiff, Roy L. Pearson, Jr.

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the    23rd         day of  July                , 20 09

in  favor of   all defendants

against said   plaintiff, Roy L. Pearson, Jr.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**        Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Andrew J. Saindon, Esquire
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Counsel for all Defendants